# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | : CASE NO.: 7:20-cr-57 (WLS) |
| | : |
| JACOB ANTHONY GUTHRIE, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On April 8, 2021 Defendant filed a Motion to Suppress in this proceeding. (Doc. 26.) This Court held a hearing on that motion on June, 8, 2021 (Doc. 37.) In that proceeding arguments were heard, and the Court concluded that further briefing would facilitate the equitable administration of justice. At the close of the proceeding the Court reviewed the briefing schedule with the counsel of record. Defendant's supplemental brief was due fourteen (14) days following his receipt of the hearing transcript. (Doc. 48 at 48.) The Government would then have twenty-one (21) days to file their supplemental brief, to be followed by the Defendant's reply brief seven (7) days after if he so desired. (*Id.*, at 48-49.) The transcript of the June 6, 2021 hearing was submitted on September 22, 2021. (*Id.*) Therefore, Defense Counsel's deadline to file their supplemental brief was October 6, 2021.

To date, Defendant has not filed his supplemental brief. Defendant has had ample time to file their supplemental brief but has not done so. Defendant is hereby **ORDERED** to file his supplemental brief within **seven (7) days of the entry of this order**. The Government is **ORDERED** to respond thereafter **within twenty-one (21) days**. Defendant will have **seven (7) days** to file a reply brief if he so desires. The briefs are to be no longer than twenty (20) pages in length.

**SO ORDERED**, this  12th   day of October 2021.

/s/ W. Louis Sands

**W. LOUIS SANDS, SR. JUDGE**

**UNITED STATES DISTRICT COURT**

1