**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES, : | |
| : | |
| v. : | CASE NO.: 7:20-cr-57 (WLS) |
| : | |
| JACOB ANTHONY GUTHRIE, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Before the Court is the Parties' Joint Response (Doc. 56) to this Court's December 6, 2021 Order to Confer (Doc. 53.) Therein, the Parties inform the Court that they're engaging in negotiations in an attempt to negotiate a pretrial resolution, but that Assistant United States Attorney, Robert D. McCullers, needs additional time to review the case. AUSA McCullers requires additional time to review the case, as former Counsel for the Government withdrew on December 8, 2021. (Doc. 54.) Therefore, AUSA McCullers has only been on the case for two weeks.

The Parties did not specifically request a continuance, however. Therefore, if additional time is needed and to avoid unnecessary court appearances, the Parties are hereby **ORDERED** to file a Motion to Continue this case **within five days** from the entry of this Order

**SO ORDERED**, this  23rd  day of December 2021.

                                                      **/s/ W. Louis Sands**
                                                    **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**