IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, | : |
| v. | : CASE NO.: 7:20-cr-57 (WLS) |
| JACOB ANTHONY GUTHRIE, | : |
| Defendant. | : |

### ORDER

Before the Court is the Parties' Joint Response (Doc. 67) to this Court's Order to Confer. (Doc. 66.) Therein the Parties notice the Court that they "anticipate that the case will be resolved without the need for a trial and expect discussions to potentially resolve the case without the need for a trial will be concluded before the next trial dates."

The Parties did not specifically request a continuance, however. Therefore, if additional time is needed and to avoid unnecessary court appearances and production of Defendant, the Parties are hereby **ORDERED** to file a Motion to Continue this case **within five days** from the entry of this Order.

**SO ORDERED**, this 23rd day of March 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**