## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES,                    :
                                  :
v.                                :          CASE NO.: 7:20-cr-57 (WLS)
                                  :
JACOB ANTHONY GUTHRIE,            :
                                  :
          Defendant.              :
_____  :

## ORDER

Before the Court is the Parties' Joint Response (Doc. 72) to this Court's Order to Confer. (Doc. 71.) Therein the Parties notice the Court again that they "anticipate that the case will be resolved without the need for a trial and expect discussions to potentially resolve the case without the need for a trial will be concluded before the next trial dates."[1]

The Parties did not specifically request a continuance in their Response (Doc. 72), however. Therefore, if additional time is needed to continue to engage in plea negotiations and to avoid unnecessary court appearances and production of Defendant, the Parties are hereby **ORDERED** to file a Motion to Continue in this case by **no later than close of business, Thursday, June 24, 2022**. Otherwise, the case is noticed for the August, 2022 Valdosta Division trial term.


          **SO ORDERED**, this 17th day of June 2022.

                                  /s/ W. Louis Sands
                                  **W. LOUIS SANDS, SR. JUDGE**
                                  **UNITED STATES DISTRICT COURT**

---

[1] The Court notes that the Parties filed an identical Response on March 21, 2022, and that they did not resolve this case without the need for a trial before the next trial dates. (Doc. 67.)