IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CR-57 (WLS) |
| | : | |
| JACOB GUTHRIE., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Presently before the Court is the Parties' Fifth Joint Motion for Continuance, filed June 21, 2022. (Doc. 74.) Therein, the Parties request the Court continue this case to the next trial calendar, so that the Parties may continue to engage in plea negotiations, which they expect to bear fruit. (*Id.*) The Court finds that granting a continuance in this case will provide the Parties with a meaningful opportunity to engage in plea negotiations. For these reasons, the Parties Joint Motion to Continue the trial in this case is **GRANTED**.

The Speedy Trial Act permits a district court to grant a continuance of trial so long as the court makes findings that the ends of justice served by ordering a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore, the motion to continue (Doc. 23) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2022 term and its conclusion, or as may otherwise be ordered by the Court. The Court **ORDERS** that the time from the date of this Order to the conclusion of the August 2022 Trial Term is **EXCLUDED FROM COMPUTATION** under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7). Including the instant Order, the Parties have been given ample time to resolve this case without a trial, they so desire. Therefore, no further continuances will be

1

2

granted except upon timely written motion for good cause to prevent a miscarriage of, or manifest injustice upon grounds not reasonably foreseeable or avoidable by the moving party of parties.

     **SO ORDERED**, this 22nd day of June 2022.

                                    /s/ W. Louis Sands
                                  **W. LOUIS SANDS, SR. JUDGE**
                                  **UNITED STATES DISTRICT COURT**